1  PAUL L. REIN, ESQ. (State Bar No. 43053)
   CELIA MCGUINNESS, ESQ. (State Bar No. 159420)
2  CATHERINE CABALO, ESQ. (State Bar No. 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   KATHRYNE LYNNE CARTLON
7

8  * Defendant's counsel listed after the caption

9

10              UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 KATHRYNE LYNNE CARLTON                | Case No. C14-03178 RMW
                                         |
14                Plaintiff,              | Civil Rights
                                         |
15         v.                            | **STIPULATION AND
                                         | [] ORDER TO
16                                       | EXTEND TIME UNDER F.R.C.P.
   CITY OF CUPERTINO; DOES 1-10,         | RULE 12(F)**
17 inclusive,                            |
                                         |
18                Defendants.             | Action Filed: July 14, 2014

19

20 DANG & TRACHUK
   THOMAS J. TRACHUK, ESQ. (State Bar No. 88194)
21 MICHAEL J. GREATHOUSE, ESQ. (State Bar No. 100811)
   1939 Harrison Street, Suite 913
22 Oakland, CA 94612
   Telephone: 510/318-6340
23 Facsimile: 510/318-6339

24 Attorneys for Defendant
   CITY OF CUPERTINO
25 //

26 //

27

28 STIPULATION AND [] ORDER
   TO EXTEND TIME UNDER FRCP 12(f)
   Case No. C14-3178 RMW
   S:\CASES\CUPERTINO\PLEADINGS\STIPULATIONS\2014 08 21 Stipulation to Continue FRCP 12(f).docx

1  **STIPULATION**

2  **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL**

3  **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

4       WHEREAS, this case has been assigned for early disclosures and mediation

5  under General Order 56;

6       WHEREAS, plaintiff's deadline for filing a motion under Federal Rule of

7  Civil Procedure ("FRCP") Rule 12(f) regarding defendant CITYOF CUPERTINO's

8  Answer is August 29, 2014;

9       WHEREAS, plaintiff and defendant wish to avoid the time and expense of

10 briefing an FRCP 12(f) motion until/unless mediation under General Order 56 does

11 not succeed;

12      IT IS HEREBY STIPULATED by and among plaintiff and defendant that the

13 deadline for plaintiff to file any motion under FRCP 12(f) be extended to 21 days

14 past the date the mediator certifies that mediation under General Order 56 has been

15 completed.  It is also stipulated that 1) the parties shall meet and confer within 7

16 days after the mediation has been certified as completed; 2) that defendant shall

17 thereafter be allowed an opportunity to voluntarily amend its answer prior to

18 plaintiff filing any Rule 12(f) motion; and 3) that any amended answer shall be filed

19 no later than 7 days after the parties meet and confer.

20           **IT IS SO STIPULATED.**

21

22 Dated:  August 26, 2014          LAW OFFICES OF PAUL L. REIN

23

24                                  */s/ Catherine Cabalo*
                                    By:  CATHERINE CABALO, ESQ.
25                                  Attorneys for Plaintiff KATHRYNE LYNNE
                                    CARLTON
26

27
                                    - 2 -
28 STIPULATION AND [] ORDER
   TO EXTEND TIME UNDER FRCP 12(f)
   Case No. C14-3178 RMW
   S:\CASES\CUPERTINO\PLEADINGS\STIPULATIONS\2014 08 21 Stipulation to Continue FRCP 12(f).docx

1 | Dated:  August 25, 2014          DANG & TRACHUK

          */s/ Thomas J. Trachuk*
          By:  THOMAS J. TRACHUK, ESQ.
          Attorneys for Defendant CITY OF CUPERTINO

- 3 -

STIPULATION AND [] ORDER
TO EXTEND TIME UNDER FRCP 12(f)
Case No. C14-3178 RMW
S:\CASES\CUPERTINO\PLEADINGS\STIPULATIONS\2014 08 21 Stipulation to Continue FRCP 12(f).docx

## ORDER

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for plaintiff to file any motion under Federal Rule of Civil Procedure 12(f) against defendant CITY OF CUPERTINO be extended to 21 days past the date the mediator certifies that mediation under General Order 56 has been completed.  The parties shall meet and confer within 7 days after the mediation has been certified as completed.  Defendant CITY OF CUPERTINO shall thereafter be allowed an opportunity to voluntarily amend its answer prior to plaintiff filing any FRCP 12(f) motion.  Any amended answer shall be filed no later than 7 days after the parties meet and confer.

**IT IS SO ORDERED.**

Dated: _____, 2014       _____
                              Honorable Ronald M. Whyte
                              United States District Judge

- 4 -

STIPULATION AND [] ORDER
TO EXTEND TIME UNDER FRCP 12(f)
Case No. C14-3178 RMW
S:\CASES\CUPERTINO\PLEADINGS\STIPULATIONS\2014 08 21 Stipulation to Continue FRCP 12(f).docx